[No. 33704-1-I.   Division One.   October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE JEAN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00180-5, David F. Hulbert, J., entered November 12, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 34081-6-I.   Division One.   October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JEFFREY BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06535-0, Patricia H. Aitken, J., entered February 7, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 34379-3-I.   Division One.   October 2, 1995.]

BOULEVARD EXCAVATING, INC., *Appellant*, v. KIRTLEY-COLE ASSOCIATES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-07321-6, Paul D. Hansen, J., entered March 23, 1994. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.